AMERICAN UNION BANK, Appellant, *v.* EMMA BERNSTEIN, Respondent.

(Argued October 7, 1930; decided October 21, 1930.)

*I. Maurice Wormser* and *William Kaufman* for appellant.

*Maxwell Slade* and *David H. Slade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.